FELICE JOHN VITI, Acting United States Attorney (#7007)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
SEP 10 '25 PM 12:13

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW RAYMOND TAYLOR,<br><br>Defendant. | **I N D I C T M E N T**<br><br>Counts 1 and 2: 18 U.S.C. § 922(g)(1),<br>Felon in Possession of Firearms;<br>Count 3: 18 U.S.C. § 922(g)(8),<br>Possession of Firearms While Subject to a Protective Order.<br><br>Case: 1:25-cr-00043<br>Assigned To : Sam, David<br>Assign. Date : 9/9/2025 |

The Grand Jury Charges:

### COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about February 22, 2025, in the District of Utah,

ANDREW RAYMOND TAYLOR,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: an

HS Produkt XDS 9mm semi-automatic pistol, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms)

On or about August 10, 2025, in the District of Utah,

ANDREW RAYMOND TAYLOR,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a Jimenez Arms J.A. Nine 9mm semi-automatic pistol and a Sig Sauer P556 5.56 semi-automatic pistol, and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 3
18 U.S.C. § 922(g)(8)
(Possession of Firearms While Subject to a Protective Order)

On or about August 10, 2025, in the District of Utah,

ANDREW RAYMOND TAYLOR,

defendant herein, knowing he was subject to a court order that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, such order restraining him from harassing, stalking, and threatening an intimate partner, including a finding that he represented a credible threat to the physical safety of an intimate partner, and by its terms explicitly prohibiting the use, attempted use, and

threatened use of physical force against an intimate partner that would reasonably be expected to cause bodily injury, did knowingly possess firearms, to wit: a Jimenez Arms J.A. Nine 9mm semi-automatic pistol and a Sig Sauer P556 5.56 semi-automatic pistol, and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(8).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- HS Produkt XDS 9mm semi-automatic pistol, s/n HG960264
- Jimenez Arms J.A. Nine 9mm semi-automatic pistol, s/n 261244
- Sig Sauer P556 5.56 semi-automatic pistol, s/n TP005211
- Ammunition

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

*Victoria K. McFarland*
_____
VICTORIA K. McFARLAND
Assistant United States Attorney

3